```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                              Case No. 18-05025-HWV
Donna Marie Hall                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: LyndseyPr    Page 1 of 1    Date Rcvd: Mar 06, 2019
                    Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2019.
        +Eric S. Warren,   102 Hollar Avenue,   Shippensburg, PA 17257-2134

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2019 at the address(es) listed below:
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      Kelly M Walsh    on behalf of Debtor 1 Donna Marie Hall kelly@scaringilaw.com,
       dblack@scaringilaw.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                      TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donna Marie Hall aka Donna Warren<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| **Ditech Financial LLC**<br>　　　　　　　　　　Movant<br>　　　v.<br>Donna Marie Hall aka Donna Warren<br>　　　　　　　　　　Respondent<br>　　　　　　　　　　And<br>Eric S. Warren<br>Charles J. DeHart, III Esq.<br>　　　　　　　　　　Additional Respondents | NO. 18-05025 HWV<br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 102 Hollar Ave, Shippensgurg, PA 17257 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: March 6, 2019　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Henry W. Van Eck, Bankruptcy Judge (JG)

1