**ATTORNEYS**

MARC A. SCARINGI
MELANIE WALZ SCARINGI
FRANK C. SLUZIS
KEITH E. KENDALL
BRIAN C. CAFFREY
KELLY M. WALSH
ROBERT M. SAKOVICH
KAREN L. DEMARCO
ANTHONY E. MILEY
F. CLAY MERRIS, IV
FRANK D. MROCZKA
ANTHONY K. DIDONATO
VICTOR G. MYERS
JOHN P. MUNCER
JUDITH T. WALZ (OF COUNSEL)

**ADMINISTRATIVE**

**FIRM ADMINISTRATOR**
DOMINIC M. FURE

**PARALEGALS**
AMY M. BRADY
KRISTYN R. HORNER
DEBORAH A. BLACK
MARY T. RINEER
BETH HALLAM
ALEXZANDRA ASH
DEBORAH L. GORDON
CATHY M. LAWRENCE

**WEBSITE**
WWW.SCARINGILAW.COM



REPLY TO:
**HARRISBURG OFFICE**
2000 Linglestown Road • Suite 106
Harrisburg, PA 17110
*717 **657-7770** • 717 657-7797 fax*

Wednesday, April 10, 2019

Office of the Clerk
United States Bankruptcy Court
Middle District of Pennsylvania
228 Walnut Street Rm. 320
Harrisburg, PA 17108

RE: Change of Address
Case No. 1:18-bk-05025

Dear Bankruptcy Clerk:

The mailing address for the Debtor, Donna Marie Hall, in the above-referenced case has changed.

The new mailing address for the Debtor is:

Donna Marie Hall
1988 Clinton Ave
Chambersburg, PA 17201

Kindly process in your normal fashion.

Respectfully,

Kelly M. Walsh, Esquire

**NEWPORT OFFICE**
14 S. Second St.
Newport, PA 17074
*717 **567-0380***
*717 567-0379 fax*

**CARLISLE OFFICE**
20 North Hanover Street
Carlisle, PA 17013
*717 **657-7770***
*717 960-0074 fax*

**YORK OFFICE**
120 Pine Grove Commons
York, PA 17403
*717 **900-4829***
*717 900-4482 fax*

**LANCASTER OFFICE**
1366 Harrisburg Pike
Lancaster, PA 17601
*717 **947-7874***
*717 947-7897 fax*

**GETTYSBURG OFFICE**
122 Baltimore St. #3
Gettysburg, PA 17325
*717 **900-4829***
*717 900-4482 fax*