UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                      CASE NO.: 1:18-bk-05025-HWV
                                                                CHAPTER 13

Donna Marie Hall,

    Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of LOANCARE, LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

                                         RAS Citron, LLC
                                         Attorney for Secured Creditor
                                         130 Clinton Road, Suite 202,
                                         Fairfield, NJ 07004
                                         Telephone: 470-321-7112

                                         By: /s/Cristina DiGiannantonio
                                             Cristina DiGiannantonio
                                             Email: cdigiannantonio@rascrane.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Donna Marie Hall
1988 Clinton Ave
Chambersburg, , PA 17201

And via electronic mail to:

Kelly M Walsh
Scaringi Law
2000 Linglestown Road, Ste 106
Harrisburg, PA 17110

Charles J DeHart, III (Trustee)
Chapter 13 Standing Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                                        RAS Citron, LLC
                                        Attorney for Secured Creditor
                                        130 Clinton Road, Suite 202,
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: /s/Cristina DiGiannantonio
                                        Cristina DiGiannantonio
                                        Email: cdigiannantonio@rascrane.com