Certificate Number: 03621-PAM-DE-035273644

Bankruptcy Case Number: 18-05025


03621-PAM-DE-035273644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2021, at 11:02 o'clock PM EST, Donna Hall completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 16, 2021

By: /s/Jose Cacique

Name: Jose Cacique

Title: Credit Counselor