Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM.  *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 18-02333-HWV | 999-0 | DEWEY FRANK DAILY | | 0.00 | 758.62 | 0.00 | 758.62 |
| | | Original Check written to: | | | | | |
| | | DEWEY FRANK DAILY | | | | | |
| | | 630 WILSON AVENUE | | | | | |
| | | DALLASTOWN, PA 17313 | | | | | |
| 18-02554-MJC | 012-0 | ROBERT PETER ZEMBEK | 7351 | 5,562.05 | 63.71 | 0.00 | 63.71 |
| | | Original Check written to: | | | | | |
| | | ABSOLUTE RESOLUTIONS INVESTMENTS LLC | | | | | |
| | | C/O FIVE LAKES AGENCY INC | | | | | |
| | | PO BOX 80730 | | | | | |
| | | ROCHESTER, MI 48308- | | | | | |
| 18-05025-HWV | 999-0 | DONNA MARIE HALL | | 0.00 | 70.54 | 0.00 | 70.54 |
| | | Original Check written to: | | | | | |
| | | DONNA MARIE HALL | | | | | |
| | | 1988 CLINTON AVE | | | | | |
| | | CHAMBERSBURG, PA 17201- | | | | | |
| 19-00089-HWV | 999-0 | AARON J SMITH | | 0.00 | 510.01 | 0.00 | 510.01 |
| | | Original Check written to: | | | | | |
| | | AARON J SMITH | | | | | |
| | | 6829 SHOESTRING HILL RD | | | | | |
| | | PO BOX 1 | | | | | |
| | | QUINCY, PA 17247 | | | | | |
| 19-04464-RNO | 999-0 | SUSAN GAIL BREITNER | | 0.00 | 5,003.32 | 0.00 | 5,003.32 |
| | | Original Check written to: | | | | | |
| | | SUSAN GAIL BREITNER | | | | | |
| | | 30 VIRGINIA DRIVE, ROOM 113 | | | | | |
| | | TUNKHANNOCK, PA 18657- | | | | | |
| ~~20-00000~~-HWV *19-00089 HWV* | 097-0 | TRUSTEE SUSPENSE | 11900089 | 0.00 | 1,085.12 | 0.00 | 1,085.12 |
| | | Original Check written to: | | | | | |
| | | AARON J. SMITH | | | | | |
| | | 6829 SHOESTRING HILL ROAD | | | | | |
| | | QUINCY, PA 17247 | | | | | |